UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Karyn M. Kelley, et al.

    v.                                                      Case No. 20-cv-162-PB

Charles A. Russell, et al.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 28, 2020, and dismiss the amended complaint (doc. no. 17) in its entirety.

                                                /s/Paul Barbadoro_____
                                                Paul Barbadoro
                                                United States District Judge

Date: January 14, 2021

cc: Karyn M. Kelley, pro se